892

No. 390. SYRES ET AL. *v.* OIL WORKERS INTERNATIONAL UNION, LOCAL NO. 23, ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is reversed and the case is remanded to the District Court for further proceedings. *Steele* v. *L. & N. R. Co.,* 323 U. S. 192; *Tunstall* v. *Brotherhood,* 323 U. S. 210; *Railroad Trainmen* v. *Howard,* 343 U. S. 768. *Roberson L. King* for petitioners. *Chris Dixie* for the Oil Workers International Union, Local 23, et al., and *Quentin Keith, David Proctor* and *Archie D. Gray* for the Gulf Oil Corporation, respondents.

No. 400. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Eastern District of Missouri. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. MR. JUSTICE BLACK, MR. JUSTICE REED and MR. JUSTICE DOUGLAS would note probable jurisdiction and set the case for argument. *Joseph H. Hays, Amos M. Mathews* and *Carl Helmetag, Jr.* for appellants. *Robert W. Ginnane* and *Isaac K. Hay* for the Interstate Commerce Commission, and *Floyd F. Shields, Ernest L. Rushmer* and *Arthur D. Condon* for the Fruehauf Trailer Co. et al., appellees.